AO 91 (Rev. 11/11)  Criminal Complaint



# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **3:20-mj-00164** |
| Tawasi<br>aka Ronald Bernard Hickey | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 12, 2020_____ in the county of _____Multnomah_____ in the

_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 119(a)(2) | Protection of individuals performing certain official duties. |

This criminal complaint is based on these facts:

See affidavit of HSI Special Agent Guy Gino, which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Guy Gino, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___July 24, 2020___

_____
*Judge's signature*

City and state: _____Portland, Oregon_____      Honorable John V. Acosta U.S. Magistrate Judge
_____
*Printed name and title*