BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00164 |
| v. | |
| **TAWASI,** | **GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss this complaint without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Plaintiff further moves to amend the caption in this case to remove the name Ronald Bernard Hickey as an alias.

Dated: August 10, 2020

                                                                            Respectfully submitted,

                                                                            BILLY J. WILLIAMS
                                                                            United States Attorney

                                                                            s/ *Pamela Paaso*
                                                                            PAMELA PAASO
                                                                            Assistant United States Attorney