UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00164 |
| v. | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| TAWASI, | Rule 48(a) Fed. R. Crim. P. |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the information without prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the complaint against Defendant, Tawasi, in the above-captioned case be DISMISSED without prejudice.

IT IS HEREBY ORDERED that the case be re-captioned and the name Ronald Bernard Hickey, be removed.

Dated: August __10__, 2020.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney